**STATE of Missouri, Respondent,**

v.

**Michael WILLIS, Appellant.**

No. 72004.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 17, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Michael Willis, appeals the judgment entered by the Circuit Court of the City of St. Louis after a jury found him guilty of second degree trafficking, RSMo section 195.223.3(2) (1994). We affirm.

We have reviewed the briefs of the parties, the legal file and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).